

1998 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-11-1998

# Deane v. Pocono Med Ctr

Precedential or Non-Precedential:

Docket 96-7174

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1998

Recommended Citation

"Deane v. Pocono Med Ctr" (1998). *1998 Decisions*. Paper 102.
http://digitalcommons.law.villanova.edu/thirdcircuit_1998/102

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1998 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

Filed May 11, 1998

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 96-7174

STACY L. DEANE,
      Appellant

v.

POCONO MEDICAL CENTER

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civ. Action No. 94-1139)

Argued: January 31, 1997

Before: BECKER and ROTH, Circuit Judges, and BARRY,
District Judge.*

Reargued En Banc: January 29, 1998
Before: SLOVITER, Chief Judge, BECKER,** STAPLETON,
MANSMANN, GREENBERG, SCIRICA, COWEN, NYGAARD,
ALITO, ROTH, LEWIS*** McKEE, and RENDELL,
Circuit Judges.

(Filed: May 11, 1998)

_____
* Honorable Maryanne Trump Barry, United States District Judge for
the District of New Jersey, sitting by designation.

** Honorable Edward R. Becker, United States Circuit Judge for the
Third Circuit, assumed Chief Judge status on February 1, 1998.

*** Judge Lewis heard argument in this matter but was unable to clear
the opinion due to illness.

ORDER AMENDING OPINION

The opinion filed in the above case on April 15, 1998 is hereby amended as follows:

The following attorneys shall be added to the list of counsel:

LORRIE McKINLEY, ESQUIRE
McKinley and Vonier
1333 Race Street
Philadelphia, PA 19107

Attorney for PhilaPOSH, PA AFL-CIO,
PA Protection and Advocacy, Inc.,
PA Federation of Injured Workers –
Amicus Curiae

THOMAS EARLE, ESQUIRE
Disabilities Law Project
801 Arch Street, 6th Floor
Philadelphia, PA 19107

Attorney for PA Protection and
Advocacy, Inc. – Amicus Curiae

C. GREGORY STEWART, ESQUIRE
General Counsel
J. RAY TERRY, JR., ESQUIRE
Deputy General Counsel
GWENDOLYN YOUNG REAMS,
 ESQUIRE
Associate General Counsel
LORRAINE C. DAVIS, ESQUIRE
Assistant General Counsel
ROBERT J. GREGORY, ESQUIRE
Attorney
Equal Employment Opportunity
 Commission
1801 L Street, NW
Washington, DC 20507

2

Attorneys for the Equal Employment
Opportunity Commission — Amicus
Curiae

By the Court,

/s/ Edward R. Becker

Chief Judge

A True Copy:
Teste:

Clerk of the United States Court of Appeals
for the Third Circuit

3